# United States Court of Appeals
## For the First Circuit

Nos. 20-1368
     20-1412

UNITED STATES OF AMERICA,

Appellee/Cross-Appellant,

v.

RICHARD M. SIMON,

Defendant, Appellant/Cross-Appellee.

Nos. 20-1369
     20-1411

UNITED STATES OF AMERICA,

Appellee/Cross-Appellant,

v.

SUNRISE LEE,

Defendant, Appellant/Cross-Appellee.

Nos. 20-1370
     20-1413

UNITED STATES OF AMERICA,

Appellee/Cross-Appellant,

v.

JOSEPH A. ROWAN,

Defendant, Appellant/Cross-Appellee.

Nos. 20-1382
     20-1409

UNITED STATES OF AMERICA,

Appellee/Cross-Appellant,

v.

JOHN KAPOOR,

Defendant, Appellant/Cross-Appellee.

———————————

Nos. 20-1410
     20-1457

UNITED STATES OF AMERICA,

Appellee/Cross-Appellant,

v.

MICHAEL J. GURRY,

Defendant, Appellant/Cross-Appellee.

———————————

**ERRATA SHEET**

The opinion of this court issued on August 25, 2021, is corrected as follows:

On page 96, line 16, replace "decry" with "descry".